IN RE MIKE INDOVINA.

MIKE INDOVINA, APPELLEE, v. GUS A. HYERS, SHERIFF,
APPELLANT.

FILED APRIL 3, 1915.    No. 18438.

APPEAL from the district court for Lancaster county:
WILLARD E. STEWART, JUDGE.    *Reversed.*

---

*On rehearing, judgment of district court affirmed.   See opinion,
p. —, *post.*

McCook Irrigation & Water Power Co. v. Burtless.

*Grant G. Martin, Attorney General, Frank E. Edgerton* and *J. B. Strode,* for appellant.

*T. S. Allen* and *E. G. Maggi, contra.*

LETTON, J.

The facts in this case are similar to those in *In re Arrigo, ante,* p. 134, except that the package was labeled to show that it contained crackerjack, the net weight was given as 2 ounces, and on one side of the package was printed: "PRIZE. This package contains a pleasing novelty or toy to delight the children, in addition to the famous confection, crackerjack." The package contained a toy bank in addition to the food.

For the reasons set forth in the opinion in that case, the judgment of the district court is

REVERSED.

BARNES, J., dissents.